In the Matter of the Claim of RALPH SERRAPICA, Respondent, against PRESTO PLASTIC PRODUCTS Co., INC., Employer, and GENERAL ACCIDENT, FIRE & LIFE ASSURANCE CORPORATION, LTD., Appellant, and CENTURY INDEMNITY COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and to certify question denied. Present — Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ. [See *ante,* p. 858.]